159 F.3d 1350
 Constance K. Elliott, Patricia J. Kiesewetter, Linton A.
Elliott, Charles L. Elliott, by Constance K. Elliott, his
Parent and Guardian, Jonathan B. Elliott, by Constance K.
Elliott, Parent and Guardian
v.
William B. Kiesewetter, Jr., Jayne H. Kiesewetter, Barrington Group
 NOS. 97-3290, 97-3626
 United States Court of Appeals,
Third Circuit.
 July 06, 1998
 
 1
 Appeal From: W.D.Pa. ,No.93cv00753 ;
 
 Appealing after remand 98 F.3d 47
 
 2
 Appeal Dismissed.